IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

BENNY LEE GILYARD,

    Petitioner,

v.                                           1:07-CV-69 (WLS)

DON HARRIEL, Warden,

    Respondent.

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 15), filed January 16, 2008. It is recommended that Respondent's motion to dismiss Petitioner's petition for habeas corpus made pursuant to 28 U.S.C. § 2254 be granted as the petition is both untimely and unexhausted. (Doc. No. 8). The Petitioner has filed a timely objection to the Report and Recommendation. (Doc. No. 18).

In his objection to the Report and Recommendation Petitioner does not make any new arguments or show how the Magistrate Judge's findings are error. Instead, Petitioner argues the merits of his petition but fails, specifically, to refute the Magistrate Judge's findings that the petition is untimely or why the AEDPA's deadline should be tolled. The merits of Petitioner's claim for relief are not reached if the petition in untimely and not equitably tolled.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein and for the findings and reasons set out herein. Accordingly, Respondent's motion to dismiss (Doc. No. 8) is **GRANTED.** without prejudice**.**

SO ORDERED, this __6th__ day of March, 2008.

                                                                         /s/W. Louis Sands
                                                                         **W. Louis Sands, Judge**
                                                                          **United States District Court**